CHARLES MUDGE v. THOMAS J. HUGHES CONSTRUCTION COMPANY et al.

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

ISRAEL M. LERNER v. HERBERT D. SEIBERT et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

GEORGE BUDNER v. THOMAS GIUNTA, as President of Brotherhood of Painters, Decorators and Paper Hangars of America, et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

14 SECOND AVENUE REALTY CORP. v. ANNE STEVEN CORP. ANNE STEVEN CORP. v. 14 SECOND AVENUE REALTY CORP. et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL GALLELLA.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD MEYER.—

Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB BROWNSTEIN and GEORGE S. MEISSNER.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.